# In the United States Court of Federal Claims

No. 05-1159C
(Filed January 10, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *

**FOX HOLLOW, LIMITED,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties' Joint Motion for a Stay of Proceedings is **GRANTED**. The parties shall file a Joint Status Report within fourteen days of the completion of the ADR process for the related cases identified in the motion.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge